IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GORDON KIRK KEMPPAINEN | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| CITY OF BASTROP | § | **Civil Action No. 1:18-cv-188** |
|     Defendant | § | **JURY** |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant City of Bastrop and files this its Notice of Removal pursuant to 42 U.S.C. §1983, on the basis of federal question jurisdiction. In support thereof, this Defendant will respectfully show the Court as follows:

### I.

### Brief Statement of Facts

1. On February 5, 2018, this cause of action was commenced by Plaintiff Gordon Kirk Kemppainen against Defendant in the 21st Judicial District Court of Bastrop County, Texas. This document fails to state a claim, but it provides suggestions of the violations of his United States Constitutional rights making it clearly removable. A copy of Plaintiff's Petition is attached hereto as Exhibit "A" and is incorporated herein by reference.

2. Removal is being requested within thirty (30) days after receipt, through service or otherwise, of a copy of the initial pleadings setting forth Plaintiff's federal claims for relief upon which such action or proceeding is based. 28 U.S.C. §1446.

3. Plaintiff seems to complain that he was deprived of his federally protected rights by this Defendant, in particular rights guaranteed by the Fourth Amendment of the United States

Constitution against unreasonable search and seizure. Plaintiff's claims are within the original and removal jurisdiction of this Court. This litigation is removable pursuant to 28 U.S.C. §§1331 and 1343.

## II.

### Arguments and Authorities

4.     The removing party bears the burden of establishing that federal jurisdiction exists. In this case, it is undisputed that Plaintiff pursues claims for relief that fall within the provisions of 42 U.S.C. §1983 for the alleged deprivation of his constitutional rights. Such claims are clearly within the original and removal jurisdiction of the federal courts. *See*, 28 U.S.C. §§1331, 1343, 1441, 1443, and 1446. This request is made within 30 days of the receipt of the Original Petition.

5.     Defendant desires and is entitled to have this cause removed from the 21st Judicial District Court of Bastrop County, Texas, to the United States District Court for the Western District of Texas, Austin Division, such being the District where said suit is pending.

6.     Written notice of the filing of this Notice of Removal will be given to Plaintiff as required by law. 28 U.S.C. §1446.

7.     A true and correct copy of this Notice of Removal will be filed with the Clerk of the 21st Judicial District Court of Bastrop County, Texas. 28 U.S.C. §1446.

WHEREFORE, PREMISES CONSIDERED, Defendant City of Bastrop prays that this action be removed to this Court and that this Court accept jurisdiction of this action and henceforth that this action be placed on the docket of this Court for further proceedings, the same as though this action had originally been instituted in this Court.

Respectfully submitted,

WRIGHT & GREENHILL, P.C.
900 Congress, Suite 500
Austin, Texas  78701
512/476-4600
512/476-5382 (Fax)

*Mike Thompson, Jr*

By:_____

    Mike Thompson, Jr.
    State Bar No. 19898200
    mthompson@w-g.com
    Archie Carl Pierce
    State Bar No. 15991500
    cpierce@w-g.com
    Christopher A. Shuley
    State Bar No. 24046839
    cshuley@w-g.com

ATTORNEYS FOR DEFENDANT
CITY OF BASTROP

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal has been provided to:

Gordon Kirk Kemppainen
General Delivery
Cedar Creek, Texas  78612
**Home Address:**
331 Thousand Oaks Drive
Cedar Creek, Texas  78612
Email:  gkkemppainen@gmail.com

by Certified Mail, Return Receipt Requested and Regular Mail, in accordance with the Federal Rules of Civil Procedure, on the 6th day of March, 2018.

    /s/ Mike Thompson, Jr._____
    Mike Thompson, Jr.

-3-